1
2
3          **UNITED STATES DISTRICT COURT**
4          **DISTRICT OF NEVADA**
5          * * *
6    EARL SARONO,                                    Case No. 2:20-cv-02330-GMN-DJA
7                    Plaintiff,
                                                     **ORDER**
8          v.
9    INDIAN HARBOR INSURANCE CO,
10                   Defendant.
11

12         Before the Court is Burke Huber's Motion to Withdraw as Attorneys of Record for

13   Plaintiff (ECF No. 10), filed on August 2, 2021.  Ms. Huber indicates that a substantial impasse

14   has been reached between the firm and Mr. Sarono regarding how to proceed in this case to the

15   point where effective representation can no longer be accomplished.

16         Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a

17   case except by leave of Court after notice has been served on the affected client and opposing

18   counsel."  See LR IA 11-6(b).  Having reviewed the motion, the Court finds that requirements of

19   LR IA 11-6(b) have been met.  The Court will require that Plaintiff Earl Sarono advise whether

20   he will retain new counsel or proceed *pro se* by August 30, 2021.  Filing a notice of new counsel

21   or intent to proceed *pro se* on or before August 30, 2021 is sufficient to comply with the Court's

22   order.  Failure to respond may result in a recommendation to the United States District Judge

23   assigned to this case that dispositive sanctions be issued, including dismissal of this action.

24         **IT IS THEREFORE ORDERED** that Plaintiff's counsel Burke Huber's Motion to

25   Withdraw as Attorneys of Record for Plaintiff (ECF No. 10) is **granted**.

26         **IT IS FURTHER ORDERED** that Plaintiff Earl Sarono shall have until **August 30,**

27   **2021** to advise the Court if he will retain new counsel or proceed *pro se*.  Failure to notify the

28

Court as to his intent may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

     **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and telephone number of Earl Sarono to the civil docket and send a copy of this Order to their last known address:

Earl Sarono

91755 a Makule Road, Ewa Beach, HI  96706

808-343-3192

DATED:  August 9, 2021.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE